**97-1109. State v. Rivers.**

Summit App. No. 18340. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97-1181. State v. Reynolds.**

Stark App. No. 1996CA0038. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's order denying his post-conviction petition, and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Thursday, June 26, 1997*

# MOTION DOCKET

**96-2029 and 96-2509. State v. White.**

Ashland County, Nos. 96CRI07366 and 96COA01182. These causes are here on appeal from the Court of Common Pleas and Court of Appeals for Ashland County. Upon consideration of appellant's motion to transfer portions of the record to the Court of Common Pleas of Ashland County,

IT IS ORDERED by the court that the motion to transfer portions of the record to the court of common pleas be, and hereby is, granted.

IT IS FURTHER ORDERED that the Clerk transmit the portion of the record filed April 29, 1997, to the Clerk of the Court of Common Pleas of Ashland County, who shall return that portion of the record to the Clerk of the Supreme Court no later than July 15, 1997.